IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. | 1:23-CR-161 (LEK) |
| **v.** | ) **Information** | |
| **FRANCIENE SMITH,** | ) Violation: | 18 U.S.C. §§ 922(j) and 924(a)(2)[Possession of Stolen Firearm] |
| | ) 1 Count | |
| **Defendant.** | ) County of Offense: | Schenectady |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### [Possession of Stolen Firearm]

On or about April 14, 2020, in the Northern District of New York, the defendant, **FRANCIENE SMITH**, knowingly possessed, bartered and disposed of the following stolen firearm: (a) a Ruger, model LCP pistol, .380 ACP Caliber. bearing serial number 377-52589, which had been shipped and transported in interstate commerce, knowing that the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

Dated: April 21, 2023

CARLA B. FREEDMAN
United States Attorney

By:   /S/ *Robert A. Sharpe*
Robert A. Sharpe
Assistant United States Attorney
Bar Roll No. 302573